**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113667
*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 20 2018  ★

LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Nicole Meyer, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Hunter Warfield,

        Defendant.

Docket No: 2:18-cv-01764-JMA-GRB

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: June 19, 2018

*Case closed.*
*So Ordered.*
*6/20/18*
*s/Joan M. Azrack*

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113667
*Attorneys for Plaintiff*